UNITED STATES of America,
Plaintiff–Appellee,

v.

**Julio MEZA–SANCHEZ, Defendant–Appellant.**

No. 10–15953
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 11, 2011.

Judy K. Hunt, Robert E. O'Neill, Matthew H. Perry, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Julio Meza–Sanchez, Jesup, GA, pro se.

Ryan Thomas Truskoski, Attorney at Law, Orlando, FL, for Defendant–Appellant.

Before BARKETT, MARTIN and KRAVITCH, Circuit Judges.

PER CURIAM:

Ryan Thomas Truskoski, appointed counsel for Julio Meza–Sanchez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Meza–Sanchez's convictions and sentences are **AFFIRMED.** However, because of several scrivener's errors on the criminal judgment, we **REMAND** solely for the purpose of correcting the judgment to reflect Meza–Sanchez's conviction and sentence under 46 U.S.C. §§ 70503(a)(1), 70506(a) & (b), and 21 U.S.C. § 960(b)(1)(B)(ii), not 46 U.S.C. §§ 708506(a), 70605(b) and 18 U.S.C. §§ 960(b)(1)(B)(ii).